# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TORRANCE K. GULLETT, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CA 18-0423-MU |
| ANDREW M. SAUL, Commissioner of Social Security,[1] | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **23rd** day of **March, 2020**.

    s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Andrew M. Saul became the Commissioner of Social Security on June 5, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Saul is substituted for Nancy Berryhill as the proper defendant in this case.